DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BIDBUMPERS, LLC,** and **CHRISTIAN C. CARMONA,**
Appellants,

v.

**LOBEL FINANCIAL CORP.,**
Appellee.

No. 4D2025-2312

[April 30, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Mardi Levey Cohen, Judge; L.T. Case No. 062025CC000800AXXXCE.

Michael Howard Wolf of Michael H. Wolf, Fort Lauderdale, for appellants.

Bruce Eric Bloch of Bruce E. Bloch, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***